694

35 So.2d 926

**Leslie VAUGHTER, alias Vawter v. STATE.**

**6 Div. 580.**

Court of Appeals of Alabama.
April 27, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

34 So.2d 874

**J. L. VICTORY v. STATE.**

**8 Div. 572.**

Court of Appeals of Alabama.
Feb. 3, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed.

34 So.2d 874

**H. H. (alias Harley) VINSON v. STATE.**
**8 Div. 570.**

Court of Appeals of Alabama.
April 21, 1948.

Roderick Beddow, of Birmingham, for appellant.

A. A. Carmichael, Atty. Gen., for State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant. See also 247 Ala. 22, 22 So.2d 344.

32 So.2d 187

**Joe Nathan WADE v. STATE.**

**I Div. 555.**

Court of Appeals of Alabama.
June 10, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

33 So.2d 283

**Evie WALKER v. STATE.**

**6 Div. 468.**

Court of Appeals of Alabama.
Dec. 16, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

29 So.2d 908

**Lee Elton WALKER v. STATE.**

**8 Div. 514.**

Court of Appeals of Alabama.
Nov. 19, 1946.

F. S. Parnell, of Florence, for appellant.
Wm. N. McQueen, Atty. Gen., for State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.